SHIVE v. STATE OF INDIANA.

[No. 0-399. Filed April 26, 1955.]

*George D. Shive, pro se.*

PER CURIAM—This is an attempt to appeal from a proceedings described by petitioner (*pro se*) as a "Motion to Vacate Judgment." Because of the fact that it was filed after term-time, it must be considered a petition for Writ of Error *Coram Nobis*. *State ex.rel. McManamon et al.* v. *Blackford Circuit Court et al.* (1950), 229 Ind. 3, 95 N. E. 2d 556.

The appeal is not accompanied by a transcript or an assignment of errors as required by Rule 2-3 of this court and is therefore dismissed for want of jurisdiction.

NOTE.—Reported in 126 N. E. 2d 5.